# Court of Appeals
# of the State of Georgia

ATLANTA,  December 04, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0573.  HONG VAN LAM v. THE STATE.**

Having considered Appellant's MOTION TO WITHDRAW APPEAL, filed on November 20, 2018, as amended on November 30, 2018, the same is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/04/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*